IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Israel Garza, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:11cv541 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Dennis Adams, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on January 31, 2012 a Report and Recommendation (Doc. 23).  Subsequently, plaintiff, while not filing a pleading titled objections to the Report and Recommendation, has in fact filed documents referring to the Report and Recommendation (Docs. 27, 30 and 31) and defendant, Judge Daniel Gattermeyer, filed a response to the objections of the Report and Recommendation (Doc. 33).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, plaintiff's motions for default judgment (Docs. 11, 12, 13 and 16) are **DENIED.**

The motions to dismiss by defendants Adams, Guiliano and Gattermeyer (Docs. 5, 7, and

9) are **GRANTED.**

Plaintiff's motion to amend (Doc. 15) is **DENIED.**

IT IS SO ORDERED.

            ___s/Susan J. Dlott_____
            Chief Judge Susan J. Dlott
            United States District Court