IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Israel Garza, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:11cv541 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Dennis Adams, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on June 13, 2012 (Doc. 37), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 2, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant Matthews' motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 29) is **GRANTED** and this case is **DISMISSED.**

IT IS SO ORDERED.

                                                                                                                                                                 s/Susan J. Dlott
                                                                                                                                                        Chief Judge Susan J. Dlott
                                                                                                                                                        United States District Court