IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Israel Garza, | : |
| Plaintiff(s) | : Case Number: 1:11cv541 |
| vs. | : Chief Judge Susan J. Dlott |
| Dennis Adams, et al., | : |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED . . .

Defendant Matthews' motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. 29) is **GRANTED** and this case is **DISMISSED.**

7/16/12                                                                                     JAMES BONINI, CLERK


                                                                                              S/William Miller
                                                                                              Deputy Clerk