# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Israel Garza,
    Plaintiff(s),

v.

Dennis Adams, et al.,
    Defendant(s).

Case No. 1:11cv541
(Dlott, J. ; Litkovitz, MJ.)

## ORDER

The Report and Recommendation (Doc. 43) entered by this Court regarding plaintiff Israel Garza's motion to strike the Court's Order dated July 16, 2012 is **hereby Vacated**. Plaintiff's motion was denied as Moot due to untimeliness by the District Judge in this matter.

SO ORDERED.

Date: 1/24/13

awh    January 24, 2013

Karen L. Litkovitz
United States Magistrate Judge